# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERKLEY SPECIALTY INSURANCE COMPANY<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MASTERFORCE CONSTRUCTION CORP., *et al.*<br><br>　　　　　Defendant. | CIVIL ACTION<br><br>4:19-cv-01162-MWB |

## PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff, Berkley Specialty Insurance Company, f/k/a Berkley Regional Specialty Insurance Company ("Berkley") respectfully moves this Court pursuant to Federal Rule of Civil Procedure 12(c), for an Order granting Plaintiff's Motion for Judgment on the Pleadings.

In support of this Motion, Berkley relies upon and respectfully refers the Court to the accompanying Memorandum of Law, which is incorporated herein as though fully set forth at length.

　　　　　　　　　　　　　　　　　　WHITE AND WILLIAMS LLP

　　　　　　　　　　　　　　By:　*/s/ Konrad R. Krebs*
　　　　　　　　　　　　　　　　Anthony L. Miscioscia
　　　　　　　　　　　　　　　　Konrad R. Krebs
　　　　　　　　　　　　　　　　1650 Market Street

25249801v.1

-2-

                          One Liberty Place | Suite 1800
                          Philadelphia, PA 19103-7395
                          (215) 864-7018
                          *Attorneys for Plaintiff,*
                          *Berkley Specialty Insurance*
                          *Company*

25249801v.1