IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BERKLEY SPECIALTY INSURANCE COMPANY, f/k/a BERKLEY REGIONAL SPECIALTY INSURANCE COMPANY,**<br>　　　　　　　　　　**Plaintiff**<br><br>　　　v.<br><br>**MASTERFORCE CONSTRUCTION CORP.; JOHN P. BRANDT, O.D.; KAREN BRANDT; WE DO METAL ROOFS; ROBERT DEHARDER; and KEITH WILTON,**<br>　　　　　　　　　　**Defendants** | Case No.: 4:19-cv-01162-MWB<br><br><br><br>**Electronically Filed** |

### DEFENDANTS JOHN P. BRANDT, O.D. AND KAREN BRANDT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS and COUNTER-MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants John P. Brandt, O.D. and Karen Brandt ("Brandts"), by and through the undersigned counsel, respectfully submit to this Honorable Court, Defendants' response in opposition to Plaintiff's Motion For Judgment on the Pleadings as follows:

### BRANDTS' RESPONSE IN OPPOSITION TO TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS

The Brandts oppose Plaintiff's motion for the reasons set forth in their Answer (Doc. No. 8) and the reasons set forth more fully in their Brief, which is

1

being simultaneously filed with this response, respectfully request that Plaintiff's motion should be denied.

## BRANDTS' COUNTER-MOTION
## FOR JUDGMENT ON THE PLEADINGS

For the reasons set forth more fully in their Brief, which is being simultaneously filed with this motion, the Brandts move this Court pursuant to Federal Rule of Civil Procedure 12(c) for an Order granting Judgment on the pleadings.  The Brandts respectfully suggest that this Court should find that Plaintiff is estopped from denying coverage under policy no. CGL 0015734-25 (the "2013 Policy") for the full measure of damages awarded in the underlying action primarily because Plaintiff failed to reserve its rights to disclaim coverage under the 2013 Policy under applicable Pennsylvania law.

Respectfully Submitted,

**RFE LAW FIRM, LLC**

Date:  09.23.2020          By: _____
**ROBERT ENGLERT, ESQUIRE**
**JESSALYN L. COOL, ESQUIRE**
Attorney I.D. Nos.: 203544/317802
105 Rutgers Avenue #249
Swarthmore, Pennsylvania 19081
Phone:  888.973.3529
Fax:     888.251.2657
*Attorneys for Defendants John P. Brandt,*
 *O.D. & Karen Brandt*