IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERKLEY SPECIALTY INSURANCE COMPANY, | No. 4:19-CV-01162 |
| Plaintiff-Counterclaim Defendant, | (Judge Brann) |
| v. | |
| MASTERFORCE CONSTRUCTION CORP., *et al.*, | |
| Defendants-Counterclaim Plaintiff, | |

## ORDER

**JANUARY 26, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Berkley's motion for judgment on the pleadings (Doc. 30) is **GRANTED**;

2. Masterforce's countermotion for judgment on the pleadings (Doc. 34) is **DENIED**;

3. Judgment is entered in favor of Plaintiff and against Defendants, and in favor of Counterclaim Defendant and against Counterclaim Plaintiff;

4. Berkley has no continued duty to defend Masterforce or any other party in *Brandt v. Masterforce Construction Corp., et al.*, docketed before the

   Court of Common Pleas of Clinton County at Docket No. 659-2014 or in any appeal thereof, and has no duty to indemnify any party named in that matter;

5.  Masterforce's counterclaims are **DISMISSED**; and

6.  The Clerk of Court is directed to **CLOSE** this case.

            BY THE COURT:

            *s/ Matthew W. Brann*
            Matthew W. Brann
            United States District Judge