## UNITED STATES DISTRICT COURT

### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERKLEY SPECIALTY INSURANCE COMPANY, | : <br> : No. 4:19-CV-1162 <br> : |
| Plaintiff-Counterclaim Defendant, | : (Judge Brann) <br> : <br> : |
| vs. | : <br> : |
| MASTERFORCE CONSTRUCTION CORP., et al., | : <br> : <br> : |
| Defendants-Counterclaim Plaintiff | : <br> : |

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

___ the plaintiff _____ recover from the defendant _____ the amount of $_____dollars ($            ), which includes prejudgment interest at the rate of _____percent, plus post judgment interest at the rate of _____ per annum, along with costs.

___ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**   OTHER:  Judgment is entered in favor of Plaintiff and against Defendants, and in favor of Counterclaim Defendant and against Counterclaim Plantiff.

This action was:

____ tried by a jury with Judge _____presiding   and the jury has rendered a verdict.
____ tried by Judge _____ without a jury and the above decision was reached.
 **X**  decided by Judge Matthew W. Brann pursuant to   January 26, 2021 Memorandum, Opinion and Order.


Dated: 1/26//2021          Peter Welsh, Clerk of Court
                           By: s/Lisa A. Gonsalves, deputy