# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BERKLEY SPECIALTY INSURANCE COMPANY, f/k/a BERKLEY REGIONAL SPECIALTY INSURANCE COMPANY,**<br>           **Plaintiff**<br><br>    v.<br><br>**MASTERFORCE CONSTRUCTION CORP.; JOHN P. BRANDT, O.D.; KAREN BRANDT; WE DO METAL ROOFS; ROBERT DEHARDER; and KEITH WILTON,**<br>           **Defendants** | **Case No.: 4:19-cv-01162**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge Matthew W. Brann |

## NOTICE OF APPEAL

Notice is hereby given that Defendants John P. Brandt, O.D. and Karen Brandt ("Brandt Defendants") in the above named case hereby appeal to the United States Court of Appeals for the Third Circuit from the Court's Order, Opinion, and Judgment collectively entered on January 26, 2021 granting Plaintiff's Motion for Judgment on the Pleadings, denying the Brandt Defendants' Motion for Judgment on the Pleadings, and entering Judgment in favor of Plaintiff and against Defendants.

Respectfully Submitted,

RFE LAW FIRM, LLC

Date: 02.15.2021            By: _____
ROBERT ENGLERT, ESQUIRE
JESSALYN L. COOL, ESQUIRE
Attorney I.D. Nos.: 203544/317802
105 Rutgers Avenue, #249
Swarthmore, Pennsylvania 19081
Phone: 888.973.3529
Fax:    888.251.2657
*Attorneys for Defendants John P. Brandt, O.D. & Karen Brandt*

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BERKLEY SPECIALTY INSURANCE COMPANY, f/k/a BERKLEY REGIONAL SPECIALTY INSURANCE COMPANY,** )<br>**Plaintiff** )<br>)<br>**v.** )<br>)<br>**MASTERFORCE CONSTRUCTION CORP.; JOHN P. BRANDT, O.D.; KAREN BRANDT; WE DO METAL ROOFS; ROBERT DEHARDER; and KEITH WILTON,** )<br>**Defendants** )<br>) | Case No.: 4:19-cv-01162<br><br>**JURY TRIAL DEMANDED**<br><br>Judge Matthew W. Brann |

**CERTIFICATE OF SERVICE**

  I, Robert Englert, Esquire hereby certify that I caused a true and correct copy of the foregoing NOTICE OF APPEAL to be served upon the following via the Court's ECF System on February 15, 2021:

**VIA ECF SERVICE**
Konrad R. Krebs, Esquire
White & Williams
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, Pennsylvania 19103
krebsk@whiteandwilliams.com
*Attorney for Plaintiff Berkley Specialty Insurance Company*

**VIA ECF SERVICE**
Phillip D. Berger, Esquire
BERGER LAW GROUP, PC
919 Conestoga Road, Bldg 3, Ste 114
Rosemont, Pennsylvania 19010
*Attorney for Masterforce Construction Corp.*

Date: 02.15.2021      By: _____
                ROBERT ENGLERT, ESQUIRE
                JESSALYN L. COOL, ESQUIRE
                Attorney I.D. Nos.: 203544/317802
                105 Rutgers Avenue, #249
                Swarthmore, Pennsylvania 19081
                Phone: 888.973.3529
                Fax:  888.251.2657
                *Attorneys for Defendants John P. Brandt, O.D. & Karen Brandt*